**CLOSED CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80300-CIV-HURLEY

ALBERT BUCKLE,
    plaintiff,

vs.

DLS DANNELS a/k/a "69,"
    defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE & ENTERING FINAL ORDER OF DISMISSAL & CLOSE-OUT

**THIS CAUSE** is before the court upon the plaintiff's *pro se* complaint and motion to proceed *in forma pauperis*. This case was previously referred to Magistrate Judge Patrick White for a recommended disposition pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure.

On April 7, 2010, Magistrate Judge White filed a Report and Recommendation concluding that the plaintiff is a multiple filer whose complaint is subject to dismissal under 28 U.S.C. 1915(g). [DE# 13]. Plaintiff has since filed no objections to the report and recommendation.

Having carefully reviewed the Report and Recommendation of Magistrate Judge White, pursuant to 28 U.S.C. § 636(b)(1), the court finds the resolution of the issues as recommended by Magistrate Judge White to be sound and well-reasoned and accordingly adopts them here.

It is therefore **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of United States Magistrate Judge White [DE # 13] is **APPROVED and ADOPTED** in full.

2. The prior orders of court allowing plaintiff to proceed *in forma pauperis* but establishing debt to Clerk [DE# 9, 11] are **VACATED.**

3. The plaintiff's complaint in this action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

4. This procedural bar prevents the plaintiff from filing any further cases *in forma pauperis*. He may file a complaint only upon paying the Clerk's $350.00 filing fee at the time of filing the complaint.

5. The Clerk of Court is directed to **CLOSE** this file and terminate any pending motions **as MOOT.**

DONE and SIGNED in Chambers at West Palm Beach, Florida this 29 day of April, 2010.

_____
Daniel T. K. Hurley
United States District Judge

Copies furnished to:

Albert Buckle, *pro se*
#0048863
Jackson CI
5563 10th St.
Malone, FL 32445-3144

2